UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAYNA LILLY,

        Plaintiff,

CASE NO.: 1:13-CV-04088-RWS

vs.

ELITE COMMUNICATIONS,
INC., and BYRAM SMITH,
Individually,

        Defendants.                             /

## ORDER APPROVING JOINT MOTION TO APPROVE SETTLEMENT

This matter is before the Court on the Parties' Joint Motion to Approve Settlement. Having read and considered the Parties' Motion, the Court finds that the proposed settlement agreement is fair and reasonable resolution of issues that are actually in dispute in this case.

It is hereby ORDERED that the settlement of Plaintiff's claims is APPROVED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

SO ORDERED, this _____ day of _____, 2014.

_____
JUDGE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE